```
____FILED      ____ENTERED
____LODGED     ____RECEIVED

         MAR 2 2000
           AT
       CLERK U.S.
    BY  DISTRICT OF MARYLAND
                        DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARIN SKOLD VAN SLYKE              :

v.                                 :     Civil Action No. WMN 98-2791

NORTHROP GRUMMAN CORP.             :

**********

## AMENDED SCHEDULING ORDER

1. Plaintiff's opposition to defendant's motion for summary judgment shall be filed by <u>March 24, 2000</u>.

2. The pretrial conference is scheduled for <u>October 4, 2000</u> at 9:15 a.m. Any amended pretrial order is due in chambers five days prior to the pretrial conference.

3. Requested voir dire, jury instructions and witness lists shall be submitted in duplicate by <u>October 4, 2000</u>. Any request for an instruction should be based on the pattern Modern Federal Jury Instructions, Sand et al. or, where Maryland law is applicable, on the Maryland Pattern Jury Instructions. Submissions should be by photocopy of the pattern instruction with any requested change or modification handwritten by interlineation.

4. The <u>5</u> day jury trial in this matter shall commence on <u>October 16, 2000</u>, at 10:00 A.M.; counsel are to arrive in chambers at 9:30 a.m. to discuss voir dire and jury instructions.

5. Counsel for the parties shall mark their documentary or physical evidence numerically in advance of trial, and shall provide a list containing a brief description of each item so marked. [Please contact my courtroom deputy, Mary Jo Lauman (410)962-2600 prior to the submission of the exhibit list to insure an accurate format.] Counsel



for the plaintiff shall file said list with the court, in quadruplicate, and shall serve a copy on defendant's counsel not later than <u>September 27, 2000</u>. Counsel for the defendant shall file said list with the Court and shall serve a copy on plaintiff's counsel, not later than <u>October 4, 2000</u>.

    6. The Clerk of Court shall mail copies of this Scheduling Order to counsel in this case.

                                                William M. Nickerson
                                                United States District Judge

Dated:   3/1/00