IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| KARIN SKOLD VAN SLYKE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. WMN 98-2791 |
| | ) |
| NORTHROP GRUMMAN CORPORATION | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

Upon consideration of the parties' joint motion to amend the schedule for further briefing on Northrop Grumman's Motion for Summary Judgment, it is hereby

ORDERED, that plaintiff's time to respond to Northrop Grumman's Motion for Summary Judgment is extended to March 31, 2000, and defendant's time to reply in support of that motion is extended to April 14, 2000.

William N. Nickerson
United States District Judge

Dated 3/23/00