IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARIN SKOLD VAN SLYKE          :
                               :
v.                             :     Civil Action WMN-98-2791
                               :
NORTHROP GRUMMAN CORPORATION   :

## ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 18th day of September, 2000, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant's Motion for Summary Judgment (Paper No. 84) is GRANTED; and

2. That Plaintiff's Motion to Strike (Paper No. 88) is DENIED as moot; and

3. That Defendant's Motion to Strike (Paper No. 91) is DENIED as moot;

4. That this action is hereby CLOSED;

5. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

6. That the Clerk of the Court shall mail or transmit copies

of the foregoing memorandum and this order to all counsel of record.

                                        */s/*
                              William M. Nickerson
                              United States District Judge