IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KARIN SKOLD VAN SLYKE           :
                                :
                                :
v.                              :   Civil Action WMN-98-2791
                                :
NORTHROP GRUMMAN CORPORATION    :

## LINE

It has come to the Court's attention that a single line of text was omitted from a footnote in this Court's memorandum opinion issued on September 18, 2000. Accordingly, IT IS this 12th day of January, 2001, by the United States District Court for the District of Maryland, hereby ORDERED:

1. This Court's September 18, 2000 Memorandum shall be amended so that footnote number one shall read as follows:

"Also before the Court is Plaintiff's Motion to Strike Improper Materials (Paper No. 88) and Defendant's Motion to Strike Declarations of Karin and Eric Van Slyke (Paper No. 91). Defendant's Motion will be denied as moot. Plaintiff acknowledges that parts of her and her husband's declarations are inadmissible. See Pl's. Opp. To Def. Mot. ¶¶ 8, and 24. Even considering those portions of the declarations that are admissible, the Court finds that Plaintiff is unable to sustain her discrimination claim.

As for Plaintiff's Motion, it will also be denied as moot, as the Court finds that it need not make reference to the disputed materials in deciding the sufficiency of Plaintiff's discrimination claim."

2. That the Clerk of the Court shall mail or transmit copies of this order to all counsel of record.

William M. Nickerson
United States District Judge